BERTHA ADLERSHEIM, Respondent, *v.* FRANK SALZMAN, Appellant.

(Argued November 21, 1934; decided December 7, 1934.)

*Frederick Mellor* for appellant.

*Jay Leo Rothschild, Louis Rivkin, Walter S. Beck* and *Frank Padwe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.